1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

\* \* \*

9

10

GILBERT DEMETRIUS AGUILAR,            )
                                                              )
                    Plaintiff,                          )          2:10-cv-1349-KJD-RJJ
                                                              )
11

vs.                                                        )
                                                              )
12

HOWARD SKOLNIK, etc.,                       )          O R D E R
                                                              )
13

                    Defendant,                        )
                                                              )
14

_____)

15

        This matter is before the court on Plaintiff's Motion for Free Copies (#15).

16

        The Court having reviewed the Motion (#15) and good cause appearing therefore,

17

        IT IS HEREBY ORDERED that Plaintiff's Motion for Free Copies (#15) is GRANTED

18

in that the Clerk shall provide Plaintiff with one free copy of any document filed in this case.

19

        DATED this  7th   day of April 2011.

20

21

                                                              _____
                                                              ROBERT J. JOHNSTON
22

                                                              United States Magistrate Judge

23
24
25
26
27
28