UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GILBERT DEMETRIUS AGUILAR,  )<br>         )<br>     Plaintiff,     )<br>         )<br>vs.     )<br>         )<br>HOWARD SKOLNIK, etc.,   )<br>         )<br>     Defendant,    )<br>_____) | 2:10-cv-1349-KJD-RJJ<br><br><br>O R D E R |

This matter is before the court on Plaintiff's Motion for Service of Summons and Complaint (#4).

The Court having reviewed the Motion (#4) and the file herein, finds that Defendants' have filed an Answer (#5). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Service of Summons and Complaint (#4) is **DENIED AS MOOT**.

DATED this  7th  day of April 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge