UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GILBERT DEMETRIUS AGUILAR, | |
| Plaintiff, | 2:10-cv-1349-KJD-RJJ |
| vs. | |
| HOWARD SKOLNIK, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion for Issuance of Summons (#19).

The Court having reviewed the Motion (#19), the Response (#20) and the file herein, finds that Defendants' have accepted service. *See*, Response (#20). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Issuance of Summons (#19) is **DENIED**

DATED this   28th   day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge