# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GILBERT DEMETRIUS AGUILAR,<br><br>  Plaintiff,<br><br>v.<br><br>CONGRESSMAN JAMES GIBBONS, *et al.*,<br><br>  Defendants. | Case No. 2:10-CV-01349-KJD-RJJ<br><br>**ORDER** |

  Before the Court is Plaintiff's Motion to Show Cause (#31) and Motion for Appointment of Counsel (#32). Defendants have filed a response (#32) to the Motion for Appointment of Counsel.

  On July 20, 2012, the Court ordered (#27) that Plaintiff show cause as to why his action should not be dismissed for want of prosecution. Plaintiff had not taken any action in the matter for nearly a year.

  In response, Plaintiff filed a document styled Motion to Show Cause (#31) which, operates as a response to the Court's Order (#27) to show cause. This filing indicates that Plaintiff is attempting to proceed with discovery against Defendants. Accordingly, the Court will not dismiss this matter for want of prosecution. However, Plaintiff is warned that further delays in the prosecution of his case could lead to dismissal.

Plaintiff has also requested appointment of counsel.  This is Plaintiff's third request for appointment of counsel (##6, 21, 32).  The two previous requests were denied by Magistrate Judge Johnston.  The request for appointment of counsel is denied for the reasons set forth in the previous orders (## 13, 23).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Show Cause (#31) is terminated as it satisfies the Court's Order to Show Cause (#27).

**IT IS FURTHER ORDERED** that the Motion for Appointment of Counsel (#32) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court provide one free copy of each document filed in this case in accordance with the Court's Order (#17).

DATED this 4th  day of September 2012.

_____
Kent J. Dawson
United States District Judge